IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PAN AMERICAN GRAIN COMPANY INC. et al.<br><br>**Plaintiff,**<br><br>**v.**<br><br>BERGE BULK SHIPPING PTE. LTD. et al.<br><br>**Defendants** | **Civil No. 2023cv1581(SCC)**<br><br>**In Admiralty** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE COURT AND ALL PARTIES TO THIS ACTION:**

**TAKE NOTICE** that the plaintiffs herein dismiss this action against Western Bulk Carriers AS and North of England P&I Assoc. Ltd, who have not filed answer or a motion for summary judgment, without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 15th day of July, 2024.

S/Alberto J. Castañer Padó
Alberto J. Castañer-Padró
USDC 225706
Castañer & Cía P.S.C.
MAI Center

1

771 Calle 1, Ste 204
San Juan, PR 00920
Tel 787 707 0802
[alberto@castanerlaw.com](mailto:alberto@castanerlaw.com)

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Puerto Rico by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: S/Alberto J. Castañer
**Alberto J. Castañer**
USDC-PR No. 225706