IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

PAN AMERICAN GRAIN
COMPANY INC. ET AL.,

Plaintiffs,

v.

BERGE BULK SHIPPING PTE. LTD.
ET AL.,

Defendants.

CIV. NO. 23-1581 (SCC)

**PARTIAL JUDGMENT**

In view of the Notice of Voluntary Dismissal at Docket No. 49, this action is hereby **DISMISSED WITHOUT PREJUDICE** as to Western Bulk Carriers AS and North of England P&I Assoc. Ltd., with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of July 2024.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE